IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KATINA RIGGS-DEGRAFTENREED                                               PLAINTIFFS
and REGINALD DEGRAFTENREED

VS.                          CASE NO. 4:10CV1993JMM

WELLS FARGO HOME MORTGAGE, INC.,                                        DEFENDANTS
WELLS FARGO BANK, N.A.
and WILSON & ASSOCIATES, P.L.L.C.

## JUDGMENT

Pursuant to the Order entered on April 19, 2011, it is Considered, Ordered and Adjudged Plaintiffs federal claims against Wells Fargo and Wilson are dismissed with prejudice for failure to state a claim. Plaintiffs' state law claims and the claims on behalf of the putative class are remanded to Pulaski County Circuit Court.

IT IS SO ORDERED this  19  day of April, 2011.

_____
James M. Moody
United States District Judge